1
2
3
4
5
6
7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Smy                          DEPUTY

JS-6

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| MONICA BRABANT, | ) | EDCV 13-00323 AN |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

11
12
13
14
15
16

17        For the reasons set forth in the accompanying memorandum and order, it is hereby

18   ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order directing the

19   immediate payment of benefits or remanding the case for further proceedings is

20   DENIED; (2) the Commissioner's request for an order affirming the Commissioner's

21   final decision and dismissing the action is GRANTED; and (3) judgment is hereby

22   entered in the Commissioner's favor.

23

24   DATED:      December 6, 2013

25                                          _____
                                            ARTHUR NAKAZATO
26                                          UNITED STATES MAGISTRATE JUDGE

27

28